FILED: October 24, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1903
(1:12-cv-02723-WDQ)

_____

JOSEPH WEIGEL; JOANNA PROFILI; JENINE GANGI

      Plaintiffs - Appellants

v.

STATE OF MARYLAND; ARMISTEAD HOMES CORPORATION; MARTIN J. O'MALLEY; DOUGLAS F. GANSLER, in his capacity as Attorney General for the State of Maryland; COURT OF APPEALS OF MARYLAND; MARY ELLEN BARBERA, in her official capacity as Chief Judge of the Maryland Court of Appeals

      Defendants - Appellees

_____

O R D E R

_____

The court grants the consent motion to file corrected brief out of time.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk